Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
ROBERT ANTHONY PATTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-11-70456-JL |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING HEARING |
| ) | |
| ROBERT ANTHONY PATTON, ) | |
| Defendant. ) | |

Upon the request of the defendant ROBERT ANTHONY PATTON, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because of defense counsel's unavailability due to prior commitments in the Sonoma County Superior Court,

The preliminary hearing and/or arraignment on the indictment is hereby continued from May 19, 2011 to June 2, 2011, at 9:30 in the morning before the Duty Magistrate Judge.

The defendant agrees that the time limits of Rule 5.1(c) may be extended pursuant to Rule 5.1(d). It is further agreed that this period is excludable time under the Speedy Trial Act pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the continuity of counsel.

Dated: May 18, 2011

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
ROBERT ANTHONY PATTON

1  IT IS SO STIPULATED.
2  Dated: May 18, 2011

                                         /s/
3                            OWEN MARTIKAN
4                            Assistant United States Attorney

5

6                        ORDER

7  GOOD CAUSE APPEARING, it is hereby ordered that the preliminary hearing and/or
8  arraignment on the indictment be continued from May 19, 2011 until June 2, 2011 at 9:30 in
9  the morning before the Duty Magistrate Judge.
10  It is further ordered that the time limits of Rule 5.1(c) are extended pursuant to Rule
11  5.1(d).
12  It is further ordered that this period is excludable time under the Speedy Trial Act
13  pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(iv) in order to assure defendant the
14  continuity of counsel.
15  IT IS SO ORDERED.
16  Dated: 5/18/11

IT IS SO ORDERED

Judge Edward M. Chen

2