1  Law Offices of
   GEORGE C. BOISSEAU
2  State Bar Number 75872
   740 4th Street
3  Second Floor
   Santa Rosa, California 95404
4  Phone: (707) 578-5636
   Fax: (707) 578-1141
5  E-Mail: boisseaugc@msn.com

6  Attorney for Defendant
   ROBERT ANTHONY PATTON
7

**FILED**

JUL 2 2 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT ANTHONY PATTON, <br><br> Defendant. | CR-11-70456-JL <br><br> STIPULATION AND [PROPOSED] ORDER AUTHORIZING OUT-OF-DISTRICT TRAVEL |

Upon the request of the defendant, ROBERT ANTHONY PATTON, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and Pre-Trial Services, and good cause appearing because defendant needs to travel to and work in San Luis Obispo for his employment,

Defendant shall be allowed to travel to the Central District of California for his employment from July 25 to July 29, 2011. The curfew currently imposed shall be suspended while defendant is working and staying in the Central District of California. Pre-Trial Services shall impose any reasonable conditions upon defendant while he is working and staying in San Luis Obispo in the Central District of California in their discretion.

Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

SO STIPULATED.

Dated: July 18, 2011

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
ROBERT ANTHONY PATTON

IT IS SO STIPULATED.

Dated: July 18, 2011

/s/
OWEN MARTIKAN
Assistant United States Attorney

## ORDER

GOOD CAUSE APPEARING,

Defendant shall be allowed to travel to the Central District of California for his employment from July 25 to July 29, 2011. The curfew currently imposed shall be suspended while defendant is working and staying in the Central District of California. Pre-Trial Services shall impose any reasonable conditions upon defendant while he is working and staying in San Luis Obispo in the Central District of California in their discretion.

Defendant shall in advance advise Pretrial Services of his travel plans and Pretrial Services may set reasonable conditions on defendant's travel in their discretion.

ALL OTHER TERMS AND CONDITIONS OF PRETRIAL RELEASE ARE TO REMAIN UNCHANGED.

IT IS SO ORDERED.

Dated: 7/22/11

HON. TIMOTHY J. BOMMER
United States Magistrate Judge
Northern District of California